In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00274-CR**

_____

**NEAL CRAIG BELLINGER, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 08-03096**

**MEMORANDUM OPINION**

On July 15, 2015, Neal Craig Bellinger filed a notice of appeal from the trial

court's order denying his motion for post-conviction DNA testing. The trial court

signed an order denying Bellinger's post-conviction motion for DNA testing on

June 5, 2015. The notice of appeal was filed with the trial court more than thirty

days after the date the trial court signed the order denying Bellinger's motion, and

Bellinger did not timely file a request for an extension of time to file his notice of

appeal. On July 27, 2015, we notified the parties that the notice of appeal did not appear to have been timely filed. Bellinger did not file a response.

The time for filing an appeal runs from the denial of the post-conviction motion for DNA testing. *See Swearingen v. State*, 189 S.W.3d 779, 781 (Tex. Crim. App. 2006). The notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(1). No motion for extension of time was timely filed. *See* Tex. R. App. P. 26.3(b). It does not appear that Bellinger obtained an out-of-time appeal from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 25, 2015
Opinion Delivered August 26, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.